IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NATHANIEL LIVINGSTON, JR., : | |
| : | |
|    Plaintiff(s) : | |
| : | Case Number: 1:04cv263 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| KEITH FANGMAN, et al, : | |
| : | |
|    Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on March 31, 2005(Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 20, 2005, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED that defendants' motion to dismiss is hereby GRANTED.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Susan J. Dlott
       United States District Judge